**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

CHAN THAI

VERSUS

LOWES HOME CENTERS LLC, ET AL.

CIVIL ACTION NO. 26-0261

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE DAVID J. AYO

**ORDER**

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Fraudulently Joined Defendant Carl Marceaux [Doc. 8] filed by Defendant Carl Marceaux is **GRANTED** and Defendant Carl Marceaux is **DISMISSED** from the suit.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 1st day of June, 2026.

_____
S. Maurice Hicks, Jr.
United States District Judge